IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASUN ATON | : | CIVIL ACTION |
| v. | : | |
| RACHEL McHENRY | : | NO. 08-cv-01758-JF |

ORDER

AND NOW, this 7th day of January 2010, upon consideration of plaintiff's motion for a new trial, and defendant's response, IT IS ORDERED:

That plaintiff's motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.